UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| DIVERSIFIED POWER INTERNATIONAL, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No.: 2:20-CV-17-KAC-CRW<br>) |
| ARCARIUS, LLC, et al., | )<br>)<br>) |
| Defendants. | ) |

## **JUDGMENT**

As addressed in the Court's "Order Granting Dismissal," no issues remain in this action.

Therefore, the Court **DIRECTS** the Clerk to close the case.

SO ORDERED.

                                                               s/ Katherine A. Crytzer
                                                             KATHERINE A. CRYTZER
                                                             United States District Judge

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT